IN THE CRIMINAL COURT
FOR DAVIDSON COUNTY, TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STATE OF TENNESSEE, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | 2017-A-444 |
| ) | |
| JENNIFER KING, ) | |
|     Defendant. ) | |

---

Transcript of Excerpt of Sentencing Hearing
Before the Honorable Steve Dozier
May 19, 2017

---

Appearances:

For the State:
General J. Wesley King
Assistant District Attorney General
Nashville, Tennessee

For the Defendant:
Ms. Leah Wilson
Attorney at Law
Nashville, Tennessee

---

*Shana Crawford, CCR*

*Official Court Reporter*

*Division I*

*Nashville, Tennessee*

(931) 494-1191 * (615) 862-4200 X 71581

EXHIBIT A

P R O C E E D I N G S

(The following is an expert of requested testimony taken from the Sentencing Hearing in State of Tennessee v. Jennifer King, case number 2017-A-444 on May 19, 2017.)

**CROSS-EXAMINATION BY GENERAL KING: (CONTINUED)**

Q. You have been clean and sober while you've been in jail, correct?

A. Yes.

Q. And you've said you've taken one class and you're signed up for taking a parenting class; is that right?

A. Yes. And they said I could continue it when I go home. I can continue it on the outside.

Q. When are you set to get enrolled in that class in custody?

A. Like I've already started, but I've caught a rash. You can -- I mean, it's all over my body (demonstrating) from something -- mildew or something like mold -- not mildew, mold. And I couldn't start it, they had me in Med-Op (phonetic).

Q. Okay. So how long is -- how long is

```
 1    that program?
 2         A.   Like six weeks, I think.
 3
 4              THE COURT:  So they won't let you back
 5    until that clears up?
 6              THE WITNESS:  Right.  And it's tooken
 7    forever, like --
 8              UNIDENTIFIED SPEAKER:  She's had it for
 9    four months, Your Honor.
10              THE COURT:  Excuse me?
11              UNIDENTIFIED SPEAKER:  She's had it for
12    four months.
13              THE WITNESS:  I've had this rash for
14    four months.
15              THE COURT:  I thought you've been in --
16    yeah, I --
17              THE WITNESS:  It's on my legs, my back,
18    everywhere (demonstrating).
19              THE COURT:  Were you in the program
20    some?
21              THE WITNESS:  A little, yeah.
22              THE COURT:  You said you went a couple
23    of weeks?
24              THE WITNESS:  No, in my SAVE program, I
25    did.
```

```
 1                THE COURT:  Right.
 2                THE WITNESS:  And they said I continue
 3    all of them on the streets.  So if I get out, I can
 4    continue parenting, whatever --
 5                THE COURT:  But are you in that now?
 6                THE WITNESS:  Yes.
 7                THE COURT:  What's the -- what has this
 8    kept you out of going through?
 9                THE WITNESS:  Everything, because they
10    are --
11                THE COURT:  You can't go to the SAVE
12    program?
13                THE WITNESS:  Right.  They are like -- I
14    started a couple of weeks and then I had to go to
15    Med-Op and they tried to get it to heal up.  So I
16    just really need to go to the hospital, I do.
17                THE COURT:  All right.
18                MS. WILSON:  Can I ask one follow up
19    question?
20                THE COURT:  Uh-huh.
21
22    **REDIRECT EXAMINATION BY MS. WILSON:**
23          Q.    Are they treating you for the rash?
24          A.    They are giving me a fungal pill and
25    some cream to put on it, and that's about it.  I've
```

```
 1    begged them to take me to the hospital to make sure
 2    and they just won't.
 3
 4              MS. WILSON:  That's all I have, Your
 5    Honor.
 6              THE WITNESS:  Am I done?
 7              THE COURT:  Yeah.  You can have a seat
 8    with your attorney.
 9              Yes, what else do you want to add?
10              UNIDENTIFIED SPEAKER:  I was just going
11    to say there is like 80 woman that are broke out at
12    the facility that they are treating trying to get rid
13    of.
14              THE COURT:  Okay.  We need to get an
15    I-Team special report on them out there like they did
16    Bellevue Middle School.  They are fixing Bellevue
17    Middle School apparently from mold.
18              MS. WILSON:  And the PD just informed me
19    that apparently there is a scabies outbreak at the --
20    that --
21              THE COURT:  A what outbreak?
22              MS. WILSON:  Scabies; is that right?
23              MS. PATE:  Allegedly Ms. Sims and one
24    other attorney at our office have been e-mailed --
25    not e-mailed, but contacted by a female inmate at
```

```
 1    this facility saying that they think that they have
 2    scabies and it's not being addressed.  I think that's
 3    a --
 4              THE COURT:  Is scabies like rabies?
 5              UNIDENTIFIED SPEAKER:  It's like a body
 6    lice.
 7              MS. PATE:  It's a skin itching.
 8              THE COURT:  All right.  Does the State
 9    care to be heard?
10              (End of requested excerpt from hearing.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

I the undersigned, Shana Crawford,
official court reporter for the 20th Judicial
District of the State of Tennessee, do hereby certify
the foregoing is a true accurate and complete
transcript to the best of my knowledge and ability of
the proceedings had and evidence introduced in the
captioned cause.

           I further certify that I am neither attorney
for, nor related to the parties to this cause and
furthermore that I am not a relative of any attorney
or counsel of the parties hereto or financially
interested in the action.

_____

Shana Crawford, LCR
Official Court Reporter