# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| WENDY SNEAD, and EDWARD MOREDOCK, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs.<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC f/k/a CORRECTIONS CORPORATION OF AMERICA<br><br>  Defendant. | Civil Action No. 3:17-cv-00949<br>(Consolidated with: 3:17-cv-00958)<br><br>**CLASS ACTION**<br><br>Judge Trauger<br>Magistrate Judge Brown |

## JOINT MOTION TO POSTPONE PRE-TRIAL DEADLINES PENDING RESETTING OF JURY TRIAL

Come now, the parties, and together they move for an Order postponing the pre-trial deadlines in this case. As grounds, your Movants would show that the jury trial in this cause is set to begin on February 2, 2021. On January 12, 2021, the Chief Deputy Clerk of the Middle District continued all cases set to begin between January 12 and February 28, 2021.

The deadline for filing motions *in limine* is currently set for this Friday, January 15, 2021. The joint proposed pretrial order, witness lists, exhibit lists, and stipulations are due on January 26, 2021. The pretrial conference is set for January 29, 2021.

Wherefore, due to the continuance of the parties' jury trial, the parties respectfully move this Court for an Order postponing the foregoing pretrial deadlines until the jury trial has been reset.

Respectfully submitted,

THE BLACKBURN FIRM, PLLC


/s/ Bryant Kroll
W. Gary Blackburn (#3484)
Bryant Kroll (#33394)
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 254-7770
F: (866) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com

Jeffery S. Roberts, #20263
JEFF ROBERTS & ASSOCIATES, PLLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 425-4400
F: (615) 425-4401
Jeff@middletninjury.com
*Attorneys for Plaintiffs*


/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Ph: 615-780-6733
Fax: 615-780-6799
Joe.Welborn@klgates.com
Erin.Polly@klgates.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon the following via email and this Court's CM/ECF System to:

Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Ph: 615-780-6733
Fax: 615-780-6799
Joe.Welborn@klgates.com
Erin.Polly@klgates.com

*Attorneys for Defendant*


This 12th day of January, 2021.

/s/ Bryant Kroll