# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| WENDY SNEAD and EDWARD MOREDOCK, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC f/k/a CORRECTIONS CORPORATION OF AMERICA,<br><br>    Defendant. | Civil Action No. 3:17-cv-00949<br>(Consolidated with 3:17-cv-00958)<br><br>**CLASS ACTION**<br><br>Judge Aleta A. Trauger |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Wendy Snead and Edward Moredock, individually and on behalf of the Class as defined by the Court ("Plaintiffs" or "the Class"), and Defendant CoreCivic of Tennessee, LLC ("CoreCivic") respectfully move the Court to preliminarily approve the proposed settlement reached by the parties, to direct that notice of the settlement be given as set forth in this motion, and to set a hearing for final approval of the settlement.

### THE SETTLEMENT

Subject to the Court's approval, the parties have reached a settlement whereby CoreCivic has agreed to pay to Plaintiffs the total sum of $150,000.00, inclusive of attorneys' fees (the "Settlement Amount"), plus out-of-pocket expenses ("expenses") of Plaintiffs' counsel incurred in this case not to exceed $10,000.00, in consideration of a compromise and settlement of this action, release of all claims, and dismissal of this action with prejudice (the "Settlement").

Plaintiffs' counsel represents that the expenses incurred on behalf of the Class total $9,587.25. This amount includes the initial filing fee, the cost of medical records, court reporter fees, and expert witness fees.

Plaintiffs propose that class counsel receive a fee of 40% of the Settlement Amount exclusive of expenses, or $60,000.00. Due to the risks in this case and the degree of work involved, the named Plaintiffs agreed to a 40% contingent fee prior to filing this action. The hourly rate charged would substantially exceed that sum were the case tried and an application filed. Class counsel has advanced all expenses and assumed the risk of loss and remained unpaid for approximately four (4) years. Other than the payment of the Settlement Amount and the expenses of Plaintiffs' counsel in the amount of $9,587.25, CoreCivic shall have no other responsibility to make payment to Plaintiffs or their counsel in settlement of this matter.

The Settlement is set forth in a Settlement Agreement and Release, a copy of which is attached hereto as **Exhibit 1.** The Settlement Agreement and Release has been executed on behalf of Plaintiffs by Class Representatives Wendy Snead and Edward Moredock and by CoreCivic.

**THE CLASS & NOTICE**

By order dated June 27, 2018, this Court certified the class in this matter as consisting of the following persons:

> "[A]ll former inmates of Metro Davidson County Detention Facility ("MDCDF"), who are currently not incarcerated and who suffered a skin rash consistent with a scabies infestation while confined at MDCDF and were denied treatment or whose delayed treatment by the defendant caused their condition to worsen, since October 1, 2016."

(DE 37).

Plaintiffs' counsel published a notice of class certification by means of U.S. Mail to known addresses of certain class members, as well as by phone calls, text messages, and email to other class members. The notice was also posted by Plaintiffs' counsel on www.scabiesclassaction.com,

a website created for purposes of giving notice to the Class. NO POTENTIAL MEMBERS HAVE ASKED TO BE EXCLUDED FROM THE CLASS.

A proposed Notice of Settlement is attached hereto as **Exhibit 2**, a copy of which would be mailed and sent via electronic means (text messages and email) to class members, and posted on [www.scabiesclassaction.com,](www.scabiesclassaction.com) by Plaintiffs' counsel no later than fourteen (14) days after an Order is entered granting this Joint Motion. Based on preliminary responses from class members, Plaintiffs' counsel anticipate that shares will be claimed by no fewer than 41 and no greater than 97 class members.

## DISTRIBUTION OF PROCEEDS OF SETTLEMENT

The Settlement Amount of $150,000.00 and the expenses of Plaintiffs' counsel in the amount of $9,587.25 shall be paid by CoreCivic to the Blackburn Firm, PLLC IOLTA account. Upon Final Approval of the Settlement, it is proposed that Plaintiffs' counsel shall pay from the funds deposited into its IOLTA account the following sums:

1. $5,000.00 to Class Representatives Wendy Snead and Edward Moredock, split equally ($2,500.00 each), as an incentive award in consideration of their work with Plaintiffs' counsel, willingness to serves as Class Representatives, and the burden of being deposed and required to engage in written discovery in this matter;

2. $60,000 to The Blackburn Firm, PLLC as attorneys' fees;

3. $9,587.25 to The Blackburn Firm, PLLC for expenses with the Blackburn Firm assuming full responsibility for paying any third-party vendors owed payment for incurred expenses by Plaintiffs or its counsel; and

4. the remaining funds from the Settlement Amount, after deductions for the amounts set forth in paragraphs 1-3, shall be divided equally and tendered to all remaining class members in accordance with the Proposed Notice of Settlement attached hereto as **Exhibit 2**. Funds unclaimed at the conclusion of the Claim Period shall be distributed equally to all identified class members.

For the reasons set forth in the Memorandum of Law filed herewith, Plaintiffs and CoreCivic submit that the proposed Settlement, Notice of Settlement, and manner of Distribution of Proceeds of the Settlement is reasonable, fair, and adequate and that each member of the class should be bound by the settlement. Plaintiffs and CoreCivic respectfully move the Court to issue an order preliminarily approving the proposed Settlement, directing that notice of the settlement be given as set out in the proposed Notice of Settlement, and setting a fairness hearing to consider Final Approval of the Settlement no earlier than sixty (60) days from the date of such order.

Respectfully submitted,

THE BLACKBURN FIRM, PLLC


/s/ W. Gary Blackburn
W. Gary Blackburn (#3484)
Bryant Kroll (#33394)
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 254-7770
F: (866) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com

Jeffery S. Roberts, #20263
JEFF ROBERTS & ASSOCIATES, PLLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 425-4400
F: (615) 425-4401
Jeff@middletninjury.com

*Attorneys for Plaintiffs*


/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
K&L Gates LLP
222 Second Avenue, South
Suite 1700

Nashville, Tennessee 37201
Ph: 615-780-6733
Fax: 615-780-6799
Joe.Welborn@klgates.com
Erin.Polly@klgates.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following via email and this Court's CM/ECF System to:

Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
K&L Gates LLP
222 Second Avenue South
Suite 1700
Nashville, Tennessee 37201
Ph: 615-780-6733
Fax: 615-780-6799
Joe.Welborn@klgates.com
Erin.Polly@klgates.com

*Attorneys for Defendant*

This 2nd day of August, 2021.

                                                             /s/ Bryant Kroll_____