# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WENDY SNEAD and EDWARD MOREDOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC f/k/a CORRECTIONS CORPORATION OF AMERICA,<br><br>Defendant. | Civil Action No. 3:17-cv-00949<br>(Consolidated with 3:17-cv-00958)<br>Judge Aleta A. Trauger |

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

This matter came before the Court on November 18, 2021, for a Fairness Hearing to consider final approval of the Settlement Agreement and Release (DE 126-1) (the "Settlement") entered into between Plaintiffs Wendy Snead and Edward Mordock, individually and on behalf of members of the Class as defined by the Court (DE 37) (the "Class"), and Defendant CoreCivic of Tennessee, LLC ("CoreCivic"). Upon consideration of the Joint Motion for Preliminary Approval of Class Action Settlement, the supporting Memorandum of Law, statements of counsel for the parties at the fairness hearing, and no objections having been filed to the Settlement, the Court hereby finds and **ORDERS** as follows:

1. The Settlement is reasonable, fair, and adequate and in the best interests of the Class, and the same is hereby approved in all respects and shall be binding upon each member of the Class.

2. Per the Settlement, CoreCivic shall pay to Plaintiffs the total sum of $150,000.00, inclusive of attorneys' fees (the "Settlement Amount"), plus out-of-pocket expenses ("expenses") of Plaintiffs' counsel in the amount of $9,587.50.

2. Class counsel shall receive a fee of 40% of the Settlement Amount exclusive of expenses, or $60,000.00. Due to the risks in this case and the degree of work involved, the named Plaintiffs agreed to a 40% contingent fee prior to filing this action which the Court finds is reasonable given that the hourly rate charge would have substantially exceeded that sum were the case tried and an application filed, and given that Class counsel advanced all expenses and assumed the risk of loss and remained unpaid for approximately four (4) years. Other than the payment of the Settlement Amount and the expenses of Plaintiffs' counsel in the amount of $9,587.50, CoreCivic shall have no other responsibility to make payment to Plaintiffs or their counsel in settlement of this matter.

3. The Settlement Amount of $150,000.00 and the expenses of Plaintiffs' counsel in the amount of $9,587.25 shall be paid by CoreCivic to the Blackburn Firm, PLLC IOLTA account. Plaintiffs' counsel shall pay from the funds deposited into its IOLTA account the following sums:

   a. $5,000.00 to Class Representatives Wendy Snead and Edward Moredock, split equally ($2,500.00 each), as an incentive award in consideration of their work with Plaintiffs' counsel, willingness to serves as Class Representatives, and the burden of being deposed and required to engage in written discovery in this matter;

   b. $60,000 to The Blackburn Firm, PLLC as attorneys' fees;

   c. $9,587.50 to The Blackburn Firm, PLLC for expenses; and

   d. the remaining funds from the Settlement Amount, after deductions for the amounts set forth in paragraphs a-c, shall be divided equally and tendered to the nineteen (19) class members who filed claims in accordance with the Notice of Settlement, and the two (2) Class Representatives.

4. This matter is hereby dismissed with prejudice, but the Court reserves jurisdiction as to all matters relating to the administration, consummation, enforcement, and interpretation of the terms of the Settlement.

                                                  ALETA A. TRAUGER
                                                  UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

THE BLACKBURN FIRM, PLLC

/s/ W. Gary Blackburn
W. Gary Blackburn (#3484)
Bryant Kroll (#33394)
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 254-7770
F: (866) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com

Jeffery S. Roberts, #20263
JEFF ROBERTS & ASSOCIATES, PLLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 425-4400
F: (615) 425-4401
Jeff@middletninjury.com

*Attorneys for Plaintiffs*

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
Erin Palmer Polly (#22221)
K&L Gates LLP
222 Second Avenue South, Suite 1700
Nashville, Tennessee 37201
Ph: 615-780-6733
Fax: 615-780-6799
Joe.Welborn@klgates.com
Erin.Polly@klgates.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this November 30, 2021, on the following:

| | |
|---|---|
| W. Gary Blackburn<br>Bryant Kroll<br>The Blackburn Firm, PLLC<br>213 Fifth Avenue North, Suite 300<br>Nashville, Tennessee 37219 | Jeffery S. Roberts<br>Jeff Rogers & Associates, PLLC<br>213 Fifth Avenue North, Suite 300<br>Nashville, Tennessee 37219 |

/s/ Joseph F. Welborn, III